UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Edward Hanratty, Esq.
80 Court Street
Freehold, NJ 07728
Office:732-866-6655
Fax:732-734-0651

Order Filed on February 25, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Tanya Smith

Case No.: 20-10911

Chapter: 13

Judge: Michael B. Kaplan

**ORDER AUTHORIZING RETENTION OF**

Edward Hanratty, Esq.

The relief set forth on the following page is **ORDERED**.

DATED: February 25, 2020

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Edward Hanratty, Esq._____

as _____Special Counsel_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:   Law Office of Edward Hanratty
   
   80 Court Street
   
   Freehold, NJ 07728

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Tanya L. Smith  
Phillip D. Smith  
    Debtors

Case No. 20-10911-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 25, 2020  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2020.
db/jdb     Tanya L. Smith,    Phillip D. Smith,    127 Windward Dr,    Barnegat, NJ   08005-1849

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2020            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2020 at the address(es) listed below:
       Albert   Russo    docs@russotrustee.com  
       Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Edward   Hanratty    on behalf of Debtor Tanya L. Smith thanratty@centralnewjerseybankruptcylawyer.com, aaguirre@centralnewjerseybankruptcylawyer.com  
       Edward   Hanratty    on behalf of Joint Debtor Phillip D. Smith thanratty@centralnewjerseybankruptcylawyer.com, aaguirre@centralnewjerseybankruptcylawyer.com  
       Edward Nathan Vaisman    on behalf of Joint Debtor Phillip D. Smith vaismanlaw@gmail.com, G20495@notify.cincompass.com  
       Edward Nathan Vaisman    on behalf of Debtor Tanya L. Smith vaismanlaw@gmail.com, G20495@notify.cincompass.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                       TOTAL: 7