Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−10911−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Tanya L. Smith
127 Windward Dr
Barnegat, NJ 08005−1849

Phillip D. Smith
127 Windward Dr
Barnegat, NJ 08005−1849

Social Security No.:
  xxx−xx−5879                                          xxx−xx−8080

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on Janauary 20, 2020 and a confirmation hearing on such Plan has been scheduled for July 8, 2020.

The debtor filed a Modified Plan on July 6, 2020 and a confirmation hearing on the Modified Plan is scheduled for August 12. 2020 @ 10:00. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: July 7, 2020
JAN: wdr

                                                                               Jeanne Naughton
                                                                               Clerk

Case 20-10911-MBK    Doc 29    Filed 07/09/20    Entered 07/10/20 00:23:27    Desc Imaged
                            Certificate of Notice    Page 2 of 5

```
                              United States Bankruptcy Court
                                     District of New Jersey

In re:                                                                      Case No. 20-10911-MBK
Tanya L. Smith                                                              Chapter 13
Phillip D. Smith
          Debtors                       CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                  Page 1 of 4                  Date Rcvd: Jul 07, 2020
                               Form ID: 186                 Total Noticed: 145


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 09, 2020.
db/jdb         Tanya L. Smith,    Phillip D. Smith,    127 Windward Dr,    Barnegat, NJ 08005-1849
sp            +Edward Hanratty,    Law Office of Edward Hanratty,    80 Court Street,    Freehold, NJ 07728-1755
lm             Midland Mortgage,    PO Box 26648,    Oklahoma City, OK 73126-0648
518671582   ++++ADVANCED RADIOLOGY SOLUTIONS,    PO BOX 4238,    PORTSMOUTH NH 03802-4238
               (address filed with court:   Advanced Radiology Solutions,    PO BOX 6750,    Portsmouth, NH 03802)
518671588     +AMH 2014-1 Borrower, Inc.,    c/o Gergory Sanoba, Esq.,    422 S Florida Ave,
               Lakeland, FL 33801-5227
518671590     +AR Resources Inc,    PO BOX 1056,    Blue Bell, PA 19422-0287
518671591     +ARMC Anesthesiologists,    PO BOX 8500,    Philadelphia, PA 19178-8500
518671580     +Accredited Dermatology Transworld Systems,    507 Prudential Rd,    Horsham, PA 19044-2308
518671581     +Advanced Health Partners,    PO BOX 870,    Newburgh, NY 12551-0870
518671583     +Affiliate Asset,    145 Technology Pkwy NW #100,    Norcross, GA 30092-3536
518671584    #+Alltran Financial LP,    PO BOX 610,    Sauk Rapids, MN 56379-0610
518671587     +AmeriHome Mortgage Attn: Bankruptcy,    21215 Burbank Blvd, 4th Floor,
               Woodland Hills, CA 91367-7090
518671585     +American Homes 4 Rent,    PO BOX 95698,    Las Vegas, NV 89193-5698
518671589     +Apex,   2501 Oregon Pike St #102,    Lancaster, PA 17601-4890
518671595     +Atlantic Pathologists,    PO BOX 95000,    Philadelphia, PA 19195-0001
518669330     +Auto Trakk, LLC,    1500 Sycamore Rd Ste 200,    Montoursville, PA 17754-9416
518671602     +BCA Financial Services,    PO BOX 29969,    New York, NY 10087-9969
518671604     +BP Fisher Law Group,    923 Haddonfield Rd #334,    Cherry Hill, NJ 08002-2752
518671597     +Bank Of America Attn: Bankruptcy,    Nc4-105-03-14,    Pob 26012,    Greensboro, NC 27420-6012
518671598     +Barclays Bank Delaware Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
518671599     +Barnabas Health Group,    PO BOX 826504,    Philadelphia, PA 19182-6504
518671600     +Baron Emergency,    PO BOX 7418,    Philadelphia, PA 19101-7418
518671601     +Baycare Health System,    PO BOX 31696,    Tampa, FL 33631-3696
518671603     +Bioreference Lab,    481 Edward H. Ross Dr,    Elmwood Park, NJ 07407-3128
518671605     +Bruce Vickers, CFC,    PO BOX 422105,    Kissimmee, FL 34742-2105
518671615   ++++COASTAL IMAGING,    PO BOX 4238,    PORTSMOUTH NH 03802-4238
               (address filed with court:   Coastal Imaging,    PO BOX 6750,    Portsmouth, NH 03802)
518728045      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518671610     +Cars Auto Mall,    7226 US HWY 301S,    Riverview, FL 33578-4345
518671611     +Celentano,Stadtmauer & Walentowicz LLP,    PO BOX 2594,    Clifton, NJ 07015-2594
518669335     +Chrysler Capital,    Pob 961275,    Fort Worth, TX 76161-0275
518671614     +Coastal Healthcare,    1659 Route 88 #2B,    Brick, NJ 08724-3011
518671616     +Commonwealth Financial Systems Attn: Bankruptcy,    245 Main Street,
               Dickson City, PA 18519-1641
518671618     +Credence,    PO BOX 2210,    Southgate, MI 48195-4210
518671623     +Credit Control LLC,    PO BOX 31179,    Tampa, FL 33631-3179
518671626     +Dover Cardiology Center,    413 Lakehurst Rd,    Bldg 2 #200,    Toms River, NJ 08755-7382
518671627     +Dr. JM LLC,    34 Manchester Ave #201,    Forked River, NJ 08731-1366
518671628     +Dynanic Recovery,    135 Interstate Blvd,    Greenville, SC 29615-5720
518671629     +Eastern Dental of Lacey,    131 South Main St,    Route 9 N,    Forked River, NJ 08731-3635
518671640     +FMS,    PO BOX 707600,    Tulsa, OK 74170-7600
518671631    ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
               (address filed with court:   Focus Receivables Mana,    1130 Northchase Parkway,    Suite 150,
               Marietta, GA 30067)
518671635     +Faloni & Assoc,    PO BOX 1285,    Caldwell, NJ 07007-1285
518671636     +Federated Law Group,    887 Donald Ross Rd,    North Palm Beach, FL 33408-1611
518671637     +Financial Control Services Attn: Bankruptcy,    Po Box 21626,    Waco, TX 76702-1626
518671639     +Firstsource Advantage LLC,    205 Bryant Woods,    South Buffalo, NY 14228-3609
518671643     +Full Circle Financial,    PO BOX 2365,    Oldsmar, FL 34677-2193
518669341      Gem Recovery Systems,    1001 McBride Ave,    Little Falls, NJ 07424-2534
518671644     +Gem Recovery Systems,    800 Kinderkamack Rd Ste,    Oradell, NJ 07649-1534
518671646     +Global Payments Po Box 66118,    Chicago, IL 60666-0097
518671649     +HRRG,    PO BOX 8486,    Pompano Beach, FL 33075-8486
518671647      Harvard Collections Svcs,    4839 N Elston Ave Chicago, IL 60630
518671633     +Hayt, Hayt & Landau,    PO BOX 172285,    123 S. Broad Street #1660,    Daytona Beach, FL 32118
518671632     +Hayt, Hayt & Landau PL,    Two Industrial Way W,    PO BOX 500,    Eatontown, NJ 07724-0500
518671648      Health Village Imaging,    PO BOX 42955,    Philadelphia, PA 19101
518671650     +IC System,    444 Highway 96 East,    PO BOX 64378,    Saint Paul, MN 55164-0378
518671651     +Infinite Endodontics,    7 E Camden Ave,    Moorestown, NJ 08057-1679
518671655     +JC Christenson & Assoc,    PO BOX 519,    Sauk Rapids, MN 56379-0519
518671660     +JS Family Medicine,    PO BOX 416688,    Boston, MA 02241-6688
518671653     +Jackensack Meridian,    PO BOX 650292,    Dallas, TX 75265-0292
518671654     +Jason Rienzo,    PO BOX 5270,    Toms River, NJ 08754-5270
518671656     +Jersey Central Power & Light,    PO BOX 16001,    Reading, PA 19612-6001
518671657     +Jersey Emergency Medical,    PO BOX 719,    Monroeville, PA 15146-0719
518671658      Jersey Shore Neurology,    1900 Corlies Ave,    Neptune, NJ 07753
518671663     +KML Law Group PC,    216 Haddon Avenue #406,    Collingswood, NJ 08108-2812
518671662     +Kinum,    770 Lynnhaven Pkwy #160,    Virginia Beach, VA 23452-7343
518671670     +LCA Collections,    PO BOX 2240,    Burlington, NC 27216-2240
518671665     +LabCorp,    PO BOX 2240,    Burlington, NC 27216-2240
```

```
District/off: 0312-3            User: admin             Page 2 of 4              Date Rcvd: Jul 07, 2020
                                Form ID: 186            Total Noticed: 145


518671666      +Lacey Medical Group,    411 US Hwy 9 Suite 2,     Lanoka Harbor, NJ 08734-2818
518671667      +Lakewood Kuflick Dermatology,     150 E Kennedy Blvd,    Lakewood, NJ 08701-1345
518671668      +Law Offices  of Faloni & Asso,     PO BOX 1285,    Caldwell, NJ 07007-1285
518671669      +Law Offices of Marvel and Maloney,     PO BOX 727,    Neptune, NJ 07754-0727
518669346      +Lending Club Corp,    595 Market St,     San Francisco, CA 94105-2807
518669347      +Linebarger Et Al,    61 Broadway, Ste 2600,     Ny, NY 10006-2840
518669349       Macys/dsnb,    PO Box 8218,    Mason, OH 45040-8218
518786223      +MidFirst Bank,    999 Northwest Grand Boulevard,     Oklahoma City, OK 73118-6051
518669350       Midland Mtg/Midfirst,    PO Box 268959,     Oklahoma City, OK   73126-8959
518671578      +Rinky Parwani Upright Law LLP,     9905 Alambra Avenue,    Tampa, FL 33619-5060
518768834      +TD Retail Card Services,    c/o Creditors Bankruptcy Service,     P.O. Box 800849,
                 Dallas, TX 75380-0849
518669359     ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit,      4 Gatehall Dr,    Parsippany, NJ  07054-4518)
518669358      +Td Bank Business,    Pob 1377,    Lewiston, ME 04243-1377
518734261       Toyota Motor Credit Corporation,     c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
518669361       Wells Fargo,    Credit,    Bureau DISPUTE,    Des Moines, IA  50301
518772337       Wells Fargo Bank, N.A., Wells Fargo Card Services,      PO Box 10438, MAC F8235-02F,
                 Des Moines, IA  50306-0438
518669327      +advocare staffing ortho,     po box 3001,    Voorhees, NJ 08043-0598
518669328      +american anestesiology of fl,     po box 88087,    Chicago, IL 60680-1087
518669329       assoc path of st joseph,    19045 N Dale Mabry Hwy,     Lutz, FL  33548-4982
518669332      +brighthouse,    po box 790450,    Saint Louis, MO 63179-0450
518669336      +community ema,    po box 417442,    Boston, MA 02241-7442
518669337       constar financial services,     10400 N 25th Ave Ste 100,    Phoenix, AZ  85021-1610
518669338       convergent commercial inc,    925 Westchester Ave Ste 101,     White Plains, NY  10604-3562
518669339       fbcs,    330 S Warminster Rd Ste 353,     Hatboro, PA  19040-3433
518669340      +fma alliance,    po box 2409,    Houston, TX 77252-2409
518669343      +hillsborogh fire rescue,    po box 310398,     Tampa, FL 33680-0398
518669345       kml law group,    701 Market St Ste 5000,     Philadelphia, PA  19106-1541
518669351      +pam,    po box 3032,    Milwaukee, WI 53201-3032
518669352      +pediatric gastoenterlogy of fla,     2901 58th ave n,    Saint Petersburg, FL 33714-1326
518669353      +phca administration,    po box 538110,     Atlanta, GA 30353-8110
518669355       professional account management,     386 S Pickett St,    Alexandria, VA  22304-4704
518669357      +tampa general hospital,    po box 95000,     Philadelphia, PA 19195-0001
518669362      +zen resolve,    po box 4115,    Concord, CA 94524-4115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 07 2020 23:49:17      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 07 2020 23:49:15       United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518671586       E-mail/Text: ebn@americollect.com Jul 07 2020 23:49:25      Americollect,    PO BOX 1690,
                 Manitowoc, WI 54221
518671594      +E-mail/Text: g20956@att.com Jul 07 2020 23:49:52      AT&T Mobility,    PO BOX 537104,
                 Atlanta, GA 30353-7104
518671592      +E-mail/Text: bnc-capio@quantum3group.com Jul 07 2020 23:49:12       Asset Care,
                 2222 Texoma Pkw #180,    Sherman, TX 75090-2484
518671593      +E-mail/Text: bnc-capio@quantum3group.com Jul 07 2020 23:49:12       Assetcare,    Attn: Bankruptcy,
                 2222 Texoma Pkwy,    Sherman, TX 75090-2470
518671596      +E-mail/Text: bk@avant.com Jul 07 2020 23:49:54      Avant,    Attn: Bankruptcy,    Po Box 9183380,
                 Chicago, IL 60691-3380
518671606      +E-mail/Text: payments@brsi.net Jul 07 2020 23:50:05      Business Revenue Systems,
                 PO BOX 15097,    Fort Wayne, IN 46885-5097
518671607      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 07 2020 23:53:56       CACH,    PO BOX 5980,
                 Denver, CO 80217-5980
518755918       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 07 2020 23:53:27       CACH, LLC,
                 Resurgent Capital Services,    PO Box 10587,     Greenville, SC 29603-0587
518671608      +E-mail/Text: bnc-capio@quantum3group.com Jul 07 2020 23:49:13       Capio Partners,
                 2222 Texoma Pkwy #150,    Sherman, TX 75090-2481
518671609      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 07 2020 23:53:46
                 Capital One Attn: Bankruptcy,    Po Box 30285,     Salt Lake City, UT 84130-0285
518669333       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 07 2020 23:53:46
                 Capital One Bank USA N,    PO Box 30281,    Salt Lake City, UT  84130-0281
518671612      +E-mail/Text: bankruptcy@certifiedcollection.com Jul 07 2020 23:49:02
                 Certified Credit & Collectio,    PO BOX 1750,     Whitehouse Station, NJ 08889-1750
518671613      +E-mail/Text: mediamanagers@clientservices.com Jul 07 2020 23:48:16       Client Services,
                 3451 Harry S. Truman Blvd,    Saint Charles, MO 63301-9816
518671617      +E-mail/Text: ebn@rwjbh.org Jul 07 2020 23:49:48      Community Medical Ctr,    PO BOX 903,
                 Oceanport, NJ 07757-0903
518671619      +E-mail/Text: bankruptcy@credencerm.com Jul 07 2020 23:49:56      Credence,
                 17000 Dallas Pkwy #204,    Dallas, TX 75248-1940
518671622      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 07 2020 23:50:03
                 Credit Collection Services,    Two Wells Street,     Newton Center, MA 02459-3246
518671620      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 07 2020 23:50:03
                 Credit Collection Services,    PO BOX 55126,     Boston, MA 02205-5126
518671621      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 07 2020 23:50:03
                 Credit Collection Services,    725 Canton Street,     Norwood, MA 02062-2679
```

```
District/off: 0312-3          User: admin              Page 3 of 4                   Date Rcvd: Jul 07, 2020
                              Form ID: 186             Total Noticed: 145


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518749161          E-mail/Text: bnc-quantum@quantum3group.com Jul 07 2020 23:49:06
                   Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                   Kirkland, WA  98083-0657
518671624         +E-mail/Text: G06041@att.com Jul 07 2020 23:49:45       Direct TV,    PO BOX 105261,
                   Atlanta, GA 30348-5261
518671625         +E-mail/Text: G06041@att.com Jul 07 2020 23:49:45       Direct TV,    PO BOX 5007,
                   Carol Stream, IL 60197-5007
518671634         +E-mail/Text: bknotice@ercbpo.com Jul 07 2020 23:49:22       ERC,    PO BOX 23870,
                   Jacksonville, FL 32241-3870
518671638         +E-mail/Text: data_processing@fin-rec.com Jul 07 2020 23:48:53       Financial Recovery,
                   PO BOX 385908,    Minneapolis, MN 55438-5908
518671641         +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 07 2020 23:53:27       Freshview,
                   6300 Syracuse Way #200,    Englewood, CO 80111-6722
518671642         +E-mail/Text: Banko@frontlineas.com Jul 07 2020 23:50:10       Frontline Asset Strategies,
                   2700 Snelling Ave N #250,    Saint Paul, MN 55113-1783
518669342          E-mail/Text: Check.bksupport@globalpay.com Jul 07 2020 23:48:13       Global Payments Check,
                   PO Box 59371,    Chicago, IL  60659-0371
518671645         +E-mail/Text: bankruptcy@affglo.com Jul 07 2020 23:49:19       Global Credit Collections,
                   PO BOX 129,    Linden, MI 48451-0129
518671652          E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 07 2020 23:48:42       Internal Revenue Service,
                   PO BOX 16336,    Philadelphia, PA 19114-0436
518671659         +E-mail/Text: cs.bankruptcy@jmcbiz.com Jul 07 2020 23:50:04       Joseph, Mann & Creed,
                   8948 Canyon Falls Blvd #200,    Twinsburg, OH 44087-1900
518671664         +E-mail/Text: bncnotices@becket-lee.com Jul 07 2020 23:48:32       Kohls/Capital One Kohls Credit,
                   Po Box 3120,    Milwaukee, WI 53201-3120
518755919          E-mail/PDF: resurgentbknotifications@resurgent.com Jul 07 2020 23:53:56       LVNV Funding, LLC,
                   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518669354          E-mail/Text: info@phoenixfinancialsvcs.com Jul 07 2020 23:48:13       Phoenix Financial Serv,
                   8902 Otis Ave,    Indianapolis, IN  46216-1077
518711405          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 07 2020 23:54:20
                   Portfolio Recovery Associates, LLC,    c/o Barclays Bank Delaware,    POB 41067,
                   Norfolk VA 23541
518743267          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 07 2020 23:54:22
                   Portfolio Recovery Associates, LLC,    c/o CAPITAL ONE BANK (USA), N.A.,    POB 41067,
                   Norfolk, VA 23541
518710992          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 07 2020 23:53:23
                   Portfolio Recovery Associates, LLC,    c/o Victorias Secret,    POB 41067,    Norfolk VA 23541
518710995          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 07 2020 23:53:49
                   Portfolio Recovery Associates, LLC,    c/o Wal-mart,    POB 41067,    Norfolk VA 23541
518679378          E-mail/Text: bnc-quantum@quantum3group.com Jul 07 2020 23:49:06
                   Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA  98083-0788
518670288         +E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2020 23:53:17       Synchrony Bank,
                   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518777198         +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 08 2020 00:04:58       Verizon,
                   by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518669360          E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 07 2020 23:48:04
                   Verizon Wireless,    PO Box 650051,    Dallas, TX  75265-0051
518669331         +E-mail/Text: bknotify@acsi.net Jul 07 2020 23:49:16       automated collection svcs,
                   po box 17737,    Nashville, TN 37217-0737
518669334         +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 07 2020 23:50:03       ccs,    po box 55126,
                   Boston, MA 02205-5126
518669348          E-mail/Text: camanagement@mtb.com Jul 07 2020 23:48:53       m and t,    PO Box 1056,
                   Buffalo, NY  14240-1056
518669356         +E-mail/Text: legal@sdihms.com Jul 07 2020 23:49:02       sdi radiology,    po box 403444,
                   Atlanta, GA 30384-3444
                                                                                               TOTAL: 46

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518728047*        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518669344*        Internal Revenue Service,    POB 7346,    Philadelphia, PA  19101-7346
518671579       ##+ACB Receiveables,    PO BOX 350,    Asbury Park, NJ 07712-0350
518671630       ##+Elevate Recoveries,    PO BOX 260804,    Plano, TX 75026-0804
518671661       ##+Keystone Financial,    PO BOX 730,    Allenwood, NJ 08720-0730
518671577       ##+Phillip D Smith,    12344 Cedarfield Drive,    Riverview, FL 33579-9711
518671576       ##+Tanya Lynn Smith,    12344 Cedarfield Drive,    Riverview, FL 33579-9711
                                                                                   TOTALS: 0, * 2, ## 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

```
District/off: 0312-3           User: admin                 Page 4 of 4                  Date Rcvd: Jul 07, 2020
                               Form ID: 186                Total Noticed: 145
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2020 at the address(es) listed below:

```
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Edward   Hanratty    on behalf of Debtor Tanya L. Smith
           thanratty@centralnewjerseybankruptcylawyer.com, aaguirre@centralnewjerseybankruptcylawyer.com
          Edward   Hanratty    on behalf of Joint Debtor Phillip D. Smith
           thanratty@centralnewjerseybankruptcylawyer.com, aaguirre@centralnewjerseybankruptcylawyer.com
          Edward Nathan Vaisman    on behalf of Joint Debtor Phillip D. Smith vaismanlaw@gmail.com,
           G20495@notify.cincompass.com
          Edward Nathan Vaisman    on behalf of Debtor Tanya L. Smith vaismanlaw@gmail.com,
           G20495@notify.cincompass.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```