| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Tanya L. Smith<br>First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–5879<br>_ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Phillip D. Smith<br>First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–8080<br>_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13   1/20/20 |
| Case number: | 20–10911–KCF | Date case converted to chapter: | 7   8/10/20 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Tanya L. Smith | Phillip D. Smith |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 127 Windward Dr<br>Barnegat, NJ 08005–1849 | 127 Windward Dr<br>Barnegat, NJ 08005–1849 |
| 4. | **Debtor's attorney**<br>Name and address | Edward Nathan Vaisman<br>Vaisman Law Office<br>33 Wood Avenue South<br>Suite 600<br>Iselin, NJ 08830 | Contact phone (732) 925–6090<br><br>Email: vaismanlaw@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Bunce Atkinson<br>Bunce D. Atkinson, Chapter 7 Trustee<br>1011 Highway 71<br>Suite 200<br>Spring Lake, NJ 07762 | Contact phone 732–449–0525 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 609–858–9333<br><br>Date: 8/11/20 |
| **7. Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **September 17, 2020 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 11/16/20** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **2**

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                                 Case No. 20-10911-KCF
Tanya L. Smith                                                         Chapter 7
Phillip D. Smith
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 4                  Date Rcvd: Aug 11, 2020
                               Form ID: 309A               Total Noticed: 146

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2020.
db/jdb         Tanya L. Smith,    Phillip D. Smith,    127 Windward Dr,    Barnegat, NJ 08005-1849
aty           +Edward Hanratty,    Edward Hanratty,    80 Court St.,    Freehold, NJ 07728-1755
tr            +Bunce Atkinson,    Bunce D. Atkinson, Chapter 7 Trustee,    1011 Highway 71,    Suite 200,
                Spring Lake, NJ 07762-3232
518671582    ++++ADVANCED RADIOLOGY SOLUTIONS,    PO BOX 4238,    PORTSMOUTH NH 03802-4238
               (address filed with court:   Advanced Radiology Solutions,    PO BOX 6750,    Portsmouth, NH 03802)
518671588     +AMH 2014-1 Borrower, Inc.,    c/o Gergory Sanoba, Esq.,    422 S Florida Ave,
                Lakeland, FL 33801-5227
518671590     +AR Resources Inc,    PO BOX 1056,    Blue Bell, PA 19422-0287
518671591     +ARMC Anesthesiologists,    PO BOX 8500,    Philadelphia, PA 19178-8500
518671580     +Accredited Dermatology Transworld Systems,    507 Prudential Rd,    Horsham, PA 19044-2308
518671581     +Advanced Health Partners,    PO BOX 870,    Newburgh, NY 12551-0870
518671583     +Affiliate Asset,    145 Technology Pkwy NW #100,    Norcross, GA 30092-3536
518671584    #+Alltran Financial LP,    PO BOX 610,    Sauk Rapids, MN 56379-0610
518671587     +AmeriHome Mortgage Attn: Bankruptcy,    21215 Burbank Blvd, 4th Floor,
                Woodland Hills, CA 91367-7090
518671585     +American Homes 4 Rent,    PO BOX 95698,    Las Vegas, NV 89193-5698
518671589     +Apex,   2501 Oregon Pike St #102,    Lancaster, PA 17601-4890
518671595     +Atlantic Pathologists,    PO BOX 95000,    Philadelphia, PA 19195-0001
518669330     +Auto Trakk, LLC,    1500 Sycamore Rd Ste 200,    Montoursville, PA 17754-9416
518671602     +BCA Financial Services,    PO BOX 29969,    New York, NY 10087-9969
518671604     +BP Fisher Law Group,    923 Haddonfield Rd #334,    Cherry Hill, NJ 08002-2752
518671599     +Barnabas Health Group,    PO BOX 826504,    Philadelphia, PA 19182-6504
518671600     +Baron Emergency,    PO BOX 7418,    Philadelphia, PA 19101-7418
518671601     +Baycare Health System,    PO BOX 31696,    Tampa, FL 33631-3696
518671603     +Bioreference Lab,    481 Edward H. Ross Dr,    Elmwood Park, NJ 07407-3128
518671605     +Bruce Vickers, CFC,    PO BOX 422105,    Kissimmee, FL 34742-2105
518671615    ++++COASTAL IMAGING,    PO BOX 4238,    PORTSMOUTH NH 03802-4238
               (address filed with court:   Coastal Imaging,    PO BOX 6750,    Portsmouth, NH 03802)
518671610     +Cars Auto Mall,    7226 US HWY 301S,    Riverview, FL 33578-4345
518671611     +Celentano,Stadtmauer & Walentowicz LLP,    PO BOX 2594,    Clifton, NJ 07015-2594
518671614     +Coastal Healthcare,    1659 Route 88 #2B,    Brick, NJ 08724-3011
518671616     +Commonwealth Financial Systems Attn: Bankruptcy,    245 Main Street,
                Dickson City, PA 18519-1641
518671618     +Credence,    PO BOX 2210,    Southgate, MI 48195-4210
518671623     +Credit Control LLC,    PO BOX 31179,    Tampa, FL 33631-3179
518671626     +Dover Cardiology Center,    413 Lakehurst Rd,    Bldg 2 #200,    Toms River, NJ 08755-7382
518671627     +Dr. JM  LLC,    34 Manchester Ave #201,    Forked River, NJ 08731-1366
518671628     +Dynanic Recovery,    135 Interstate Blvd,    Greenville, SC 29615-5720
518671629     +Eastern Dental of Lacey,    131 South Main St,    Route 9 N,    Forked River, NJ 08731-3635
518671640     +FMS,    PO BOX 707600,    Tulsa, OK 74170-7600
518671631    ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
               (address filed with court:   Focus Receivables Mana,    1130 Northchase Parkway,    Suite 150,
                Marietta, GA 30067)
518671635     +Faloni & Assoc,    PO BOX 1285,    Caldwell, NJ 07007-1285
518671636     +Federated Law Group,    887 Donald Ross Rd,    North Palm Beach, FL 33408-1611
518671637     +Financial Control Services Attn: Bankruptcy,    Po Box 21626,    Waco, TX 76702-1626
518671643     +Full Circle Financial,    PO BOX 2365,    Oldsmar, FL 34677-2193
518671644     +Gem Recovery Systems,    800 Kinderkamack Rd Ste,    Oradell, NJ 07649-1534
518669341      Gem Recovery Systems,    1001 McBride Ave,    Little Falls, NJ  07424-2534
518671646     +Global Payments Po Box 66118,    Chicago, IL 60666-0097
518671649     +HRRG,    PO BOX 8486,    Pompano Beach, FL 33075-8486
518671647      Harvard Collections Svcs,    4839 N Elston Ave Chicago, IL 60630
518671633     +Hayt, Hayt & Landau,    PO BOX 172285,    123 S. Broad Street #1660,    Daytona Beach, FL 32118
518671632     +Hayt, Hayt & Landau PL,    Two Industrial Way W,    PO BOX 500,    Eatontown, NJ 07724-0500
518671648      Health Village Imaging,    PO BOX 42955,    Philadelphia, PA 19101
518671651     +Infinite Endodontics,    7 E Camden Ave,    Moorestown, NJ 08057-1679
518671655     +JC Christenson & Assoc,    PO BOX 519,    Sauk Rapids, MN 56379-0519
518671660     +JS Family Medicine,    PO BOX 416688,    Boston, MA 02241-6688
518671653     +Jackensack Meridian,    PO BOX 650292,    Dallas, TX 75265-0292
518671654     +Jason Rienzo,    PO BOX 5270,    Toms River, NJ 08754-5270
518671656     +Jersey Central Power & Light,    PO BOX 16001,    Reading, PA 19612-6001
518671657     +Jersey Emergency Medical,    PO BOX 719,    Monroeville, PA 15146-0719
518671658      Jersey Shore Neurology,    1900 Corlies Ave,    Neptune, NJ 07753
518671663    #+KML Law Group PC,    216 Haddon Avenue #406,    Collingswood, NJ 08108-2812
518671662     +Kinum,    770 Lynnhaven Pkwy #160,    Virginia Beach, VA 23452-7343
518671664     +Kohls/Capital One Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
518671670     +LCA Collections,    PO BOX 2240,    Burlington, NC 27216-2240
518671665     +LabCorp,    PO BOX 2240,    Burlington, NC 27216-2240
518671666     +Lacey Medical Group,    411 US Hwy 9 Suite 2,    Lanoka Harbor, NJ 08734-2818
518671667    #+Lakewood Kuflick Dermatology,    150 E Kennedy Blvd,    Lakewood, NJ 08701-1345
518671668     +Law Offices of Faloni & Asso,    PO BOX 1285,    Caldwell, NJ 07007-1285
518671669     +Law Offices of Marvel and Maloney,    PO BOX 727,    Neptune, NJ 07754-0727
518669346     +Lending Club Corp,    595 Market St,    San Francisco, CA 94105-2807
```

```
District/off: 0312-3          User: admin              Page 2 of 4                Date Rcvd: Aug 11, 2020
                              Form ID: 309A            Total Noticed: 146


518669347     +Linebarger Et Al,    61 Broadway, Ste 2600,    Ny, NY 10006-2840
518786223     +MidFirst Bank,    999 Northwest Grand Boulevard,    Oklahoma City, OK 73118-6051
518669350      Midland Mtg/Midfirst,    PO Box 268959,    Oklahoma City, OK   73126-8959
518671578     +Rinky Parwani Upright Law LLP,    9905 Alambra Avenue,    Tampa, FL 33619-5060
518768834     +TD Retail Card Services,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                Dallas, TX 75380-0849
518669358     +Td Bank Business,    Pob 1377,    Lewiston, ME 04243-1377
518669361      Wells Fargo,    Credit,    Bureau DISPUTE,    Des Moines, IA  50301
518669327     +advocare staffing ortho,    po box 3001,    Voorhees, NJ 08043-0598
518669328     +american anesthesiology of fl,    po box 88087,    Chicago, IL 60680-1087
518669329      assoc path of st joseph,    19045 N Dale Mabry Hwy,    Lutz, FL  33548-4982
518669332     +brighthouse,    po box 790450,    Saint Louis, MO 63179-0450
518669336     +community ema,    po box 417442,    Boston, MA 02241-7442
518669337      constar financial services,    10400 N 25th Ave Ste 100,    Phoenix, AZ  85021-1610
518669338      convergent commercial inc,    925 Westchester Ave Ste 101,    White Plains, NY  10604-3562
518669339      fbcs,    330 S Warminster Rd Ste 353,    Hatboro, PA  19040-3433
518669340     +fma alliance,    po box 2409,    Houston, TX 77252-2409
518669343     +hillsborogh fire rescue,    po box 310398,    Tampa, FL 33680-0398
518669345      kml law group,    701 Market St Ste 5000,    Philadelphia, PA  19106-1541
518669351     +pam,    po box 3032,    Milwaukee, WI 53201-3032
518669352     +pediatric gastoenterlogy of fla,    2901 58th ave n,    Saint Petersburg, FL 33714-1326
518669353     +phca administration,    po box 538110,    Atlanta, GA 30353-8110
518669355      professional account management,    386 S Pickett St,    Alexandria, VA  22304-4704
518669357     +tampa general hospital,    po box 95000,    Philadelphia, PA 19195-0001
518669362     +zen resolve,    po box 4115,    Concord, CA 94524-4115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: vaismanlaw@gmail.com Aug 12 2020 00:15:55      Edward Nathan Vaisman,
                Vaisman Law Office,    33 Wood Avenue South,    Suite 600,    Iselin, NJ  08830
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 12 2020 00:17:11      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 12 2020 00:17:09      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518671586      E-mail/Text: ebn@americollect.com Aug 12 2020 00:17:17      Americollect,    PO BOX 1690,
                Manitowoc, WI 54221
518671594     +EDI: CINGMIDLAND.COM Aug 12 2020 03:38:00      AT&T Mobility,    PO BOX 537104,
                Atlanta, GA 30353-7104
518671592     +EDI: CAPIO.COM Aug 12 2020 03:38:00      Asset Care,    2222 Texoma Pkw #180,
                Sherman, TX 75090-2484
518671593     +EDI: CAPIO.COM Aug 12 2020 03:38:00      Assetcare,    Attn: Bankruptcy,    2222 Texoma Pkwy,
                Sherman, TX 75090-2470
518671596     +E-mail/Text: bk@avant.com Aug 12 2020 00:17:43      Avant,    Attn: Bankruptcy,    Po Box 9183380,
                Chicago, IL 60691-3380
518671597     +EDI: BANKAMER.COM Aug 12 2020 03:38:00      Bank Of America Attn: Bankruptcy,    Nc4-105-03-14,
                Pob 26012,    Greensboro, NC 27420-6012
518671598     +EDI: TSYS2.COM Aug 12 2020 03:38:00      Barclays Bank Delaware Attn: Correspondence,
                Po Box 8801,    Wilmington, DE 19899-8801
518671606     +E-mail/Text: payments@brsi.net Aug 12 2020 00:17:52      Business Revenue Systems,
                PO BOX 15097,    Fort Wayne, IN 46885-5097
518671607     +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 12 2020 00:14:03      CACH,    PO BOX 5980,
                Denver, CO 80217-5980
518755918      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 12 2020 00:13:36      CACH, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518671608     +EDI: CAPIO.COM Aug 12 2020 03:38:00      Capio Partners,    2222 Texoma Pkwy #150,
                Sherman, TX 75090-2481
518671609     +EDI: CAPITALONE.COM Aug 12 2020 03:38:00      Capital One Attn: Bankruptcy,    Po Box 30285,
                Salt Lake City, UT 84130-0285
518669333      EDI: CAPITALONE.COM Aug 12 2020 03:38:00      Capital One Bank USA N,    PO Box 30281,
                Salt Lake City, UT  84130-0281
518728045      EDI: BL-BECKET.COM Aug 12 2020 03:38:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                PO Box 3001,    Malvern PA 19355-0701
518671612     +E-mail/Text: bankruptcy@certifiedcollection.com Aug 12 2020 00:16:58
                Certified Credit & Collectio,    PO BOX 1750,    Whitehouse Station, NJ 08889-1750
518669335     +EDI: CHRM.COM Aug 12 2020 03:38:00      Chrysler Capital,    Pob 961275,
                Fort Worth, TX 76161-0275
518671613     +E-mail/Text: mediamanagers@clientservices.com Aug 12 2020 00:16:12      Client Services,
                3451 Harry S. Truman Blvd,    Saint Charles, MO 63301-9816
518671617     +E-mail/Text: ebn@rwjbh.org Aug 12 2020 00:17:33      Community Medical Ctr,    PO BOX 903,
                Oceanport, NJ 07757-0903
518671619     +E-mail/Text: bankruptcy@credencerm.com Aug 12 2020 00:17:45      Credence,
                17000 Dallas Pkwy #204,    Dallas, TX 75248-1940
518671622     +EDI: CCS.COM Aug 12 2020 03:38:00      Credit Collection Services,    Two Wells Street,
                Newton Center, MA 02459-3246
518671620     +EDI: CCS.COM Aug 12 2020 03:38:00      Credit Collection Services,    PO BOX 55126,
                Boston, MA 02205-5126
518671621     +EDI: CCS.COM Aug 12 2020 03:38:00      Credit Collection Services,    725 Canton Street,
                Norwood, MA 02062-2679
518749161      EDI: Q3G.COM Aug 12 2020 03:38:00      Department Stores National Bank,    c/o Quantum3 Group LLC,
                PO Box 657,    Kirkland, WA  98083-0657
```

```
District/off: 0312-3                  User: admin                    Page 3 of 4                      Date Rcvd: Aug 11, 2020
                                      Form ID: 309A                  Total Noticed: 146


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518671624      +EDI: DIRECTV.COM Aug 12 2020 03:38:00      Direct TV,    PO BOX 105261,    Atlanta, GA 30348-5261
518671625      +EDI: DIRECTV.COM Aug 12 2020 03:38:00      Direct TV,    PO BOX 5007,
                Carol Stream, IL 60197-5007
518671634      +E-mail/Text: bknotice@ercbpo.com Aug 12 2020 00:17:15       ERC,    PO BOX 23870,
                Jacksonville, FL 32241-3870
518671638      +E-mail/Text: data_processing@fin-rec.com Aug 12 2020 00:16:48        Financial Recovery,
                PO BOX 385908,    Minneapolis, MN 55438-5908
518671639      +EDI: FSAE.COM Aug 12 2020 03:38:00      Firstsource Advantage LLC,     205 Bryant Woods,
                South Buffalo, NY 14228-3609
518671641      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 12 2020 00:24:27         Freshview,
                6300 Syracuse Way #200,    Englewood, CO 80111-6722
518671642      +E-mail/Text: Banko@frontlineas.com Aug 12 2020 00:17:58       Frontline Asset Strategies,
                2700 Snelling Ave N #250,    Saint Paul, MN 55113-1783
518669342       E-mail/Text: Check.bksupport@globalpay.com Aug 12 2020 00:16:09        Global Payments Check,
                PO Box 59371,    Chicago, IL 60659-0371
518671645      +E-mail/Text: bankruptcy@affglo.com Aug 12 2020 00:17:12        Global Credit Collections,
                PO BOX 129,   Linden, MI 48451-0129
518671650      +EDI: IIC9.COM Aug 12 2020 03:38:00      IC System,    444 Highway 96 East,    PO BOX 64378,
                Saint Paul, MN 55164-0378
518671652       EDI: IRS.COM Aug 12 2020 03:38:00      Internal Revenue Service,     PO BOX 16336,
                Philadelphia, PA 19114-0436
518671659      +E-mail/Text: cs.bankruptcy@jmcbiz.com Aug 12 2020 00:17:51        Joseph, Mann & Creed,
                8948 Canyon Falls Blvd #200,    Twinsburg, OH 44087-1900
518755919       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 12 2020 00:13:35         LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518669349       EDI: TSYS2.COM Aug 12 2020 03:38:00      Macys/dsnb,    PO Box 8218,    Mason, OH 45040-8218
518669354       E-mail/Text: info@phoenixfinancialsvcs.com Aug 12 2020 00:16:09        Phoenix Financial Serv,
                8902 Otis Ave,    Indianapolis, IN 46216-1077
518711405       EDI: PRA.COM Aug 12 2020 03:38:00      Portfolio Recovery Associates, LLC,
                c/o Barclays Bank Delaware,    POB 41067,    Norfolk VA 23541
518743267       EDI: PRA.COM Aug 12 2020 03:38:00      Portfolio Recovery Associates, LLC,
                c/o CAPITAL ONE BANK (USA), N.A.,    POB 41067,    Norfolk, VA 23541
518710992       EDI: PRA.COM Aug 12 2020 03:38:00      Portfolio Recovery Associates, LLC,
                c/o Victorias Secret,    POB 41067,   Norfolk VA 23541
518710995       EDI: PRA.COM Aug 12 2020 03:38:00      Portfolio Recovery Associates, LLC,     c/o Wal-mart,
                POB 41067,   Norfolk VA 23541
518679378       EDI: Q3G.COM Aug 12 2020 03:38:00      Quantum3 Group LLC as agent for,     CF Medical LLC,
                PO Box 788,    Kirkland, WA 98083-0788
518670288      +EDI: RMSC.COM Aug 12 2020 03:38:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
518669359       EDI: TFSR.COM Aug 12 2020 03:38:00      Toyota Motor Credit,    4 Gatehall Dr,
                Parsippany, NJ 07054-4518
518734261       EDI: BL-TOYOTA.COM Aug 12 2020 03:38:00       Toyota Motor Credit Corporation,
                c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518777198      +EDI: AIS.COM Aug 12 2020 03:38:00      Verizon,    by American InfoSource as agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518669360       EDI: VERIZONCOMB.COM Aug 12 2020 03:38:00       Verizon Wireless,    PO Box 650051,
                Dallas, TX 75265-0051
518772337       EDI: WFFC.COM Aug 12 2020 03:38:00      Wells Fargo Bank, N.A., Wells Fargo Card Services,
                PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
518669331      +E-mail/Text: bknotify@acsi.net Aug 12 2020 00:17:10       automated collection svcs,
                po box 17737,    Nashville, TN 37217-0737
518669334      +EDI: CCS.COM Aug 12 2020 03:38:00      ccs,    po box 55126,    Boston, MA 02205-5126
518669348       E-mail/Text: camanagement@mtb.com Aug 12 2020 00:16:49        m and t,   PO Box 1056,
                Buffalo, NY 14240-1056
518669356      +E-mail/Text: legal@sdihms.com Aug 12 2020 00:16:58       sdi radiology,    po box 403444,
                Atlanta, GA 30384-3444
                                                                                                TOTAL: 56

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518728047*       Capital One, N.A.,   c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518669344*       Internal Revenue Service,    POB 7346,   Philadelphia, PA 19101-7346
518671579     ##+ACB Receiveables,   PO BOX 350,    Asbury Park, NJ 07712-0350
518671630     ##+Elevate Recoveries,    PO BOX 260804,   Plano, TX 75026-0804
518671661     ##+Keystone Financial,    PO BOX 730,   Allenwood, NJ 08720-0730
518671577     ##+Phillip D Smith,    12344 Cedarfield Drive,    Riverview, FL 33579-9711
518671576     ##+Tanya Lynn Smith,    12344 Cedarfield Drive,    Riverview, FL 33579-9711
                                                                                        TOTALS: 0, * 2, ## 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

```
District/off: 0312-3          User: admin                Page 4 of 4               Date Rcvd: Aug 11, 2020
                              Form ID: 309A              Total Noticed: 146
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2020 at the address(es) listed below:
NONE.                                                                                       TOTAL: 0