UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
TANYA L. SMITH and
PHILIP D. SMITH

Case No.: 20-10911
Chapter: 7
Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

Bunce D. Atkinson, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on 11/10/20 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 127 Windward Dr., Barnegat, NJ - Value: $279,000.00

Liens on property: Midland Mortgage /MidFirst Bank - Value: $289,002.61

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: Bunce D. Atkinson, Chapter 7 Trustee
Address: 1011 Highway 71, Suite 200 Spring Lake, NJ 07762-2030
Telephone No.: (732) 449-0525

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-10911-KCF |
| Tanya L. Smith | Chapter 7 |
| Phillip D. Smith | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Oct 09, 2020 | Form ID: pdf905 | Total Noticed: 145 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

++++   Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Tanya L. Smith, Phillip D. Smith, 127 Windward Dr, Barnegat, NJ 08005-1849 |
| sp | + | Edward Hanratty, Law Office of Edward Hanratty, 80 Court Street, Freehold, NJ 07728-1755 |
| lm | | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 518671582 | ++++ | ADVANCED RADIOLOGY SOLUTIONS, PO BOX 4238, PORTSMOUTH NH 03802-4238 address filed with court:, Advanced Radiology Solutions, PO BOX 6750, Portsmouth, NH 03802 |
| 518671588 | + | AMH 2014-1 Borrower, Inc., c/o Gergory Sanoba, Esq., 422 S Florida Ave, Lakeland, FL 33801-5227 |
| 518671590 | + | AR Resources Inc, PO BOX 1056, Blue Bell, PA 19422-0287 |
| 518671591 | + | ARMC Anesthesiologists, PO BOX 8500, Philadelphia, PA 19178-8500 |
| 518671580 | + | Accredited Dermatology Transworld Systems, 507 Prudential Rd, Horsham, PA 19044-2308 |
| 518671581 | + | Advanced Health Partners, PO BOX 870, Newburgh, NY 12551-0870 |
| 518671583 | + | Affiliate Asset, 145 Technology Pkwy NW #100, Norcross, GA 30092-3536 |
| 518671587 | + | AmeriHome Mortgage Attn: Bankruptcy, 21215 Burbank Blvd, 4th Floor, Woodland Hills, CA 91367-7090 |
| 518671585 | + | American Homes 4 Rent, PO BOX 95698, Las Vegas, NV 89193-5698 |
| 518671589 | + | Apex, 2501 Oregon Pike St #102, Lancaster, PA 17601-4890 |
| 518671595 | + | Atlantic Pathologists, PO BOX 95000, Philadelphia, PA 19195-0001 |
| 518669330 | + | Auto Trakk, LLC, 1500 Sycamore Rd Ste 200, Montoursville, PA 17754-9416 |
| 518671602 | + | BCA Financial Services, PO BOX 29969, New York, NY 10087-9969 |
| 518671604 | + | BP Fisher Law Group, 923 Haddonfield Rd #334, Cherry Hill, NJ 08002-2752 |
| 518671597 | + | Bank Of America Attn: Bankruptcy, Nc4-105-03-14, Pob 26012, Greensboro, NC 27420-6012 |
| 518671598 | + | Barclays Bank Delaware Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518671599 | + | Barnabas Health Group, PO BOX 826504, Philadelphia, PA 19182-6504 |
| 518671600 | + | Baron Emergency, PO BOX 7418, Philadelphia, PA 19101-7418 |
| 518671601 | + | Baycare Health System, PO BOX 31696, Tampa, FL 33631-3696 |
| 518671603 | + | Bioreference Lab, 481 Edward H. Ross Dr, Elmwood Park, NJ 07407-3128 |
| 518671605 | + | Bruce Vickers, CFC, PO BOX 422105, Kissimmee, FL 34742-2105 |
| 518671615 | ++++ | COASTAL IMAGING, PO BOX 4238, PORTSMOUTH NH 03802-4238 address filed with court:, Coastal Imaging, PO BOX 6750, Portsmouth, NH 03802 |
| 518728045 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518671610 | + | Cars Auto Mall, 7226 US HWY 301S, Riverview, FL 33578-4345 |
| 518671611 | + | Celentano,Stadtmauer & Walentowicz LLP, PO BOX 2594, Clifton, NJ 07015-2594 |
| 518669335 | + | Chrysler Capital, Pob 961275, Fort Worth, TX 76161-0275 |
| 518671614 | + | Coastal Healthcare, 1659 Route 88 #2B, Brick, NJ 08724-3011 |
| 518671616 | + | Commonwealth Financial Systems Attn: Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 518671623 | + | Credit Control LLC, PO BOX 31179, Tampa, FL 33631-3179 |
| 518669349 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macys/dsnb, PO Box 8218, Mason, OH 45040-8218 |
| 518671626 | + | Dover Cardiology Center, 413 Lakehurst Rd, Bldg 2 #200, Toms River, NJ 08755-7382 |
| 518671627 | + | Dr. JM LLC, 34 Manchester Ave #201, Forked River, NJ 08731-1366 |

```
518671628     +  Dynanic Recovery, 135 Interstate Blvd, Greenville, SC 29615-5720
518671629     +  Eastern Dental of Lacey, 131 South Main St, Route 9 N, Forked River, NJ 08731-3635
518671640     +  FMS, PO BOX 707600, Tulsa, OK 74170-7600
518671631    ++  FOCUS RECEIVABLES MANAGEMENT LLC, 1130 NORTHCHASE PARKWAY STE 150, MARIETTA GA 30067-6429 address
                 filed with court:, Focus Receivables Mana, 1130 Northchase Parkway, Suite 150, Marietta, GA 30067
518671635     +  Faloni & Assoc, PO BOX 1285, Caldwell, NJ 07007-1285
518671636     +  Federated Law Group, 887 Donald Ross Rd, North Palm Beach, FL 33408-1611
518671637     +  Financial Control Services Attn: Bankruptcy, Po Box 21626, Waco, TX 76702-1626
518671639     +  Firstsource Advantage LLC, 205 Bryant Woods, South Buffalo, NY 14228-3609
518671643     +  Full Circle Financial, PO BOX 2365, Oldsmar, FL 34677-2193
518671644     +  Gem Recovery Systems, 800 Kinderkamack Rd Ste, Oradell, NJ 07649-1534
518669341        Gem Recovery Systems, 1001 McBride Ave, Little Falls, NJ 07424-2534
518671646     +  Global Payments Po Box 66118, Chicago, IL 60666-0097
518671649     +  HRRG, PO BOX 8486, Pompano Beach, FL 33075-8486
518671647        Harvard Collections Svcs, 4839 N Elston Ave Chicago, IL 60630
518671633     +  Hayt, Hayt & Landau, PO BOX 172285, 123 S. Broad Street #1660, Daytona Beach, FL 32118
518671632     +  Hayt, Hayt & Landau PL, Two Industrial Way W, PO BOX 500, Eatontown, NJ 07724-0500
518671648        Health Village Imaging, PO BOX 42955, Philadelphia, PA 19101
518671650     +  IC System, 444 Highway 96 East, PO BOX 64378, Saint Paul, MN 55164-0378
518671651     +  Infinite Endodontics, 7 E Camden Ave, Moorestown, NJ 08057-1679
518671655     +  JC Christenson & Assoc, PO BOX 519, Sauk Rapids, MN 56379-0519
518671660     +  JS Family Medicine, PO BOX 416688, Boston, MA 02241-6688
518671653     +  Jackensack Meridian, PO BOX 650292, Dallas, TX 75265-0292
518671654     +  Jason Rienzo, PO BOX 5270, Toms River, NJ 08754-5270
518671656     +  Jersey Central Power & Light, PO BOX 16001, Reading, PA 19612-6001
518671657     +  Jersey Emergency Medical, PO BOX 719, Monroeville, PA 15146-0719
518671658        Jersey Shore Neurology, 1900 Corlies Ave, Neptune, NJ 07753
518671663    #+  KML Law Group PC, 216 Haddon Avenue #406, Collingswood, NJ 08108-2812
518671662     +  Kinum, 770 Lynnhaven Pkwy #160, Virginia Beach, VA 23452-7343
518671664     +  Kohls/Capital One Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120
518671670     +  LCA Collections, PO BOX 2240, Burlington, NC 27216-2240
518671665     +  LabCorp, PO BOX 2240, Burlington, NC 27216-2240
518671666     +  Lacey Medical Group, 411 US Hwy 9 Suite 2, Lanoka Harbor, NJ 08734-2818
518671667    #+  Lakewood Kuflick Dermatology, 150 E Kennedy Blvd, Lakewood, NJ 08701-1345
518671668     +  Law Offices of Faloni & Asso, PO BOX 1285, Caldwell, NJ 07007-1285
518671669     +  Law Offices of Marvel and Maloney, PO BOX 727, Neptune, NJ 07754-0727
518669346     +  Lending Club Corp, 595 Market St, San Francisco, CA 94105-2807
518669347     +  Linebarger Et Al, 61 Broadway, Ste 2600, Ny, NY 10006-2840
518786223     +  MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051
518669350        Midland Mtg/Midfirst, PO Box 268959, Oklahoma City, OK 73126-8959
518938679     +  NEW JERSEY MANUFACTURERS INSURANCE CO, 301 SULLIVAN WAY, W TRENTON, NJ 08628-3496
518671578     +  Rinky Parwani Upright Law LLP, 9905 Alambra Avenue, Tampa, FL 33619-5060
518768834     +  TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849
518669359    ++  TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor
                 Credit, 4 Gatehall Dr, Parsippany, NJ 07054-4518
518669358     +  Td Bank Business, Pob 1377, Lewiston, ME 04243-1377
518734261        Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701
518669361        Wells Fargo, Credit, Bureau DISPUTE, Des Moines, IA 50301
518772337        Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438
518669327     +  advocare staffing ortho, po box 3001, Voorhees, NJ 08043-0598
518669328     +  american anesthesiology of fl, po box 88087, Chicago, IL 60680-1087
518669329        assoc path of st joseph, 19045 N Dale Mabry Hwy, Lutz, FL 33548-4982
518669332     +  brighthouse, po box 790450, Saint Louis, MO 63179-0450
518669336     +  community ema, po box 417442, Boston, MA 02241-7442
518669337        constar financial services, 10400 N 25th Ave Ste 100, Phoenix, AZ 85021-1610
518669338        convergent commercial inc, 925 Westchester Ave Ste 101, White Plains, NY 10604-3562
518669339        fbcs, 330 S Warminster Rd Ste 353, Hatboro, PA 19040-3433
518669340     +  fma alliance, po box 2409, Houston, TX 77252-2409
518669343     +  hillsborgh fire rescue, po box 310398, Tampa, FL 33680-0398
518669345        kml law group, 701 Market St Ste 5000, Philadelphia, PA 19106-1541
518669351     +  pam, po box 3032, Milwaukee, WI 53201-3032
518669352     +  pediatric gastoenterlogy of fla, 2901 58th ave n, Saint Petersburg, FL 33714-1326
518669353     +  phca administration, po box 538110, Atlanta, GA 30353-8110
```

Case 20-10911-KCF    Doc 40    Filed 10/11/20    Entered 10/12/20 00:54:00    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Oct 09, 2020 | Form ID: pdf905 | Total Noticed: 145 |

| | | |
|---|---|---|
| 518669355 | | professional account management, 386 S Pickett St, Alexandria, VA 22304-4704 |
| 518669357 | + | tampa general hospital, po box 95000, Philadelphia, PA 19195-0001 |
| 518669362 | + | zen resolve, po box 4115, Concord, CA 94524-4115 |

TOTAL: 99

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 09 2020 22:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 09 2020 22:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518671586 | | Email/Text: ebn@americollect.com | Oct 09 2020 22:07:00 | Americollect, PO BOX 1690, Manitowoc, WI 54221 |
| 518671594 | + | Email/Text: g20956@att.com | Oct 09 2020 22:07:00 | AT&T Mobility, PO BOX 537104, Atlanta, GA 30353-7104 |
| 518671592 | + | Email/Text: bnc-capio@quantum3group.com | Oct 09 2020 22:06:00 | Asset Care, 2222 Texoma Pkw #180, Sherman, TX 75090-2484 |
| 518671593 | + | Email/Text: bnc-capio@quantum3group.com | Oct 09 2020 22:06:00 | Assetcare, Attn: Bankruptcy, 2222 Texoma Pkwy, Sherman, TX 75090-2470 |
| 518671596 | + | Email/Text: bk@avant.com | Oct 09 2020 22:07:00 | Avant, Attn: Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 518671606 | + | Email/Text: payments@brsi.net | Oct 09 2020 22:07:00 | Business Revenue Systems, PO BOX 15097, Fort Wayne, IN 46885-5097 |
| 518671607 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 09 2020 22:00:07 | CACH, PO BOX 5980, Denver, CO 80217-5980 |
| 518755918 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 09 2020 21:59:15 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518671608 | + | Email/Text: bnc-capio@quantum3group.com | Oct 09 2020 22:06:00 | Capio Partners, 2222 Texoma Pkwy #150, Sherman, TX 75090-2481 |
| 518671609 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 09 2020 21:59:35 | Capital One Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518669333 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 09 2020 22:00:01 | Capital One Bank USA N, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518671612 | + | Email/Text: bankruptcy@certifiedcollection.com | Oct 09 2020 22:06:00 | Certified Credit & Collectio, PO BOX 1750, Whitehouse Station, NJ 08889-1750 |
| 518671613 | + | Email/Text: mediamanagers@clientservices.com | Oct 09 2020 22:05:00 | Client Services, 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 518671617 | + | Email/Text: ebn@rwjbh.org | Oct 09 2020 22:07:00 | Community Medical Ctr, PO BOX 903, Oceanport, NJ 07757-0903 |
| 518671618 | + | Email/Text: bankruptcy@credencerm.com | Oct 09 2020 22:07:00 | Credence, PO BOX 2210, Southgate, MI 48195-4210 |
| 518671619 | + | Email/Text: bankruptcy@credencerm.com | Oct 09 2020 22:07:00 | Credence, 17000 Dallas Pkwy #204, Dallas, TX 75248-1940 |
| 518671622 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 09 2020 22:07:00 | Credit Collection Services, Two Wells Street, Newton Center, MA 02459-3246 |
| 518671620 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 09 2020 22:07:00 | Credit Collection Services, PO BOX 55126, Boston, MA 02205-5126 |
| 518671621 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 09 2020 22:07:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 518749161 | | Email/Text: bnc-quantum@quantum3group.com | | |

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Oct 09, 2020 | Form ID: pdf905 | Total Noticed: 145 |

| | | Oct 09 2020 22:06:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
|---|---|---|---|
| 518671624 | + Email/Text: G06041@att.com | Oct 09 2020 22:07:00 | Direct TV, PO BOX 105261, Atlanta, GA 30348-5261 |
| 518671625 | + Email/Text: G06041@att.com | Oct 09 2020 22:07:00 | Direct TV, PO BOX 5007, Carol Stream, IL 60197-5007 |
| 518671634 | + Email/Text: bknotice@ercbpo.com | Oct 09 2020 22:06:00 | ERC, PO BOX 23870, Jacksonville, FL 32241-3870 |
| 518671638 | + Email/Text: data_processing@fin-rec.com | Oct 09 2020 22:06:00 | Financial Recovery, PO BOX 385908, Minneapolis, MN 55438-5908 |
| 518671641 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 09 2020 21:59:15 | Freshview, 6300 Syracuse Way #200, Englewood, CO 80111-6722 |
| 518671642 | + Email/Text: Banko@frontlineas.com | Oct 09 2020 22:08:00 | Frontline Asset Strategies, 2700 Snelling Ave N #250, Saint Paul, MN 55113-1783 |
| 518669342 | Email/Text: Check.bksupport@globalpay.com | Oct 09 2020 22:05:00 | Global Payments Check, PO Box 59371, Chicago, IL 60659-0371 |
| 518671645 | + Email/Text: bankruptcy@affglo.com | Oct 09 2020 22:06:00 | Global Credit Collections, PO BOX 129, Linden, MI 48451-0129 |
| 518671652 | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 09 2020 22:06:00 | Internal Revenue Service, PO BOX 16336, Philadelphia, PA 19114-0436 |
| 518671659 | + Email/Text: cs.bankruptcy@jmcbiz.com | Oct 09 2020 22:07:00 | Joseph, Mann & Creed, 8948 Canyon Falls Blvd #200, Twinsburg, OH 44087-1900 |
| 518755919 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 09 2020 21:59:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518669354 | Email/Text: info@phoenixfinancialsvcs.com | Oct 09 2020 22:05:00 | Phoenix Financial Serv, 8902 Otis Ave, Indianapolis, IN 46216-1077 |
| 518711405 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 09 2020 22:00:05 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 518743267 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 09 2020 22:00:05 | Portfolio Recovery Associates, LLC, c/o CAPITAL ONE BANK (USA), N.A., POB 41067, Norfolk, VA 23541 |
| 518710992 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 09 2020 21:59:38 | Portfolio Recovery Associates, LLC, c/o Victorias Secret, POB 41067, Norfolk VA 23541 |
| 518710995 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 09 2020 21:59:13 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 518679378 | Email/Text: bnc-quantum@quantum3group.com | Oct 09 2020 22:06:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518670288 | + Email/PDF: gecsedi@recoverycorp.com | Oct 09 2020 21:59:32 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518777198 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 09 2020 21:59:42 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518669360 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 09 2020 22:05:00 | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |
| 518669331 | + Email/Text: bknotify@acsi.net | Oct 09 2020 22:06:00 | automated collection svcs, po box 17737, Nashville, TN 37217-0737 |
| 518669334 | + Email/Text: bankruptcy_notifications@ccsusa.com | Oct 09 2020 22:07:00 | ccs, po box 55126, Boston, MA 02205-5126 |
| 518669348 | Email/Text: camanagement@mtb.com | Oct 09 2020 22:06:00 | m and t, PO Box 1056, Buffalo, NY 14240-1056 |
| 518669356 | + Email/Text: legal@sdihms.com | Oct 09 2020 22:06:00 | sdi radiology, po box 403444, Atlanta, GA 30384-3444 |

District/off: 0312-3 | User: admin | Page 5 of 5
Date Rcvd: Oct 09, 2020 | Form ID: pdf905 | Total Noticed: 145

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518728047 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518669344 | * | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 518671579 | ##+ | ACB Receiveables, PO BOX 350, Asbury Park, NJ 07712-0350 |
| 518671584 | ##+ | Alltran Financial LP, PO BOX 610, Sauk Rapids, MN 56379-0610 |
| 518671630 | ##+ | Elevate Recoveries, PO BOX 260804, Plano, TX 75026-0804 |
| 518671661 | ##+ | Keystone Financial, PO BOX 730, Allenwood, NJ 08720-0730 |
| 518671577 | ##+ | Phillip D Smith, 12344 Cedarfield Drive, Riverview, FL 33579-9711 |
| 518671576 | ##+ | Tanya Lynn Smith, 12344 Cedarfield Drive, Riverview, FL 33579-9711 |
| jdb | * | Phillip D. Smith, 127 Windward Dr, Barnegat, NJ 08005-1849 |

TOTAL: 0 Undeliverable, 3 Duplicate, 6 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bunce Atkinson | bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Edward Hanratty | on behalf of Debtor Tanya L. Smith thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| Edward Hanratty | on behalf of Joint Debtor Phillip D. Smith thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |
| Edward Nathan Vaisman | on behalf of Joint Debtor Phillip D. Smith vaismanlaw@gmail.com G20495@notify.cincompass.com |
| Edward Nathan Vaisman | on behalf of Debtor Tanya L. Smith vaismanlaw@gmail.com G20495@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7