| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Tanya L. Smith<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5879<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Phillip D. Smith<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8080<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–10911–KCF | |

# Order of Discharge                                                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Tanya L. Smith                                          Phillip D. Smith

11/20/20                                                **By the court:**   <u>Kathryn C. Ferguson</u>
                                                                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-10911-KCF |
| Tanya L. Smith | Chapter 7 |
| Phillip D. Smith | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 6 |
| Date Rcvd: Nov 20, 2020 | Form ID: 318 | Total Noticed: 146 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

++++     Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Tanya L. Smith, Phillip D. Smith, 127 Windward Dr, Barnegat, NJ 08005-1849 |
| sp | + | Edward Hanratty, Law Office of Edward Hanratty, 80 Court Street, Freehold, NJ 07728-1755 |
| lm | | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 518671582 | ++++ | ADVANCED RADIOLOGY SOLUTIONS, PO BOX 4238, PORTSMOUTH NH 03802-4238 address filed with court:, Advanced Radiology Solutions, PO BOX 6750, Portsmouth, NH 03802 |
| 518671588 | + | AMH 2014-1 Borrower, Inc., c/o Gergory Sanoba, Esq., 422 S Florida Ave, Lakeland, FL 33801-5227 |
| 518671590 | + | AR Resources Inc, PO BOX 1056, Blue Bell, PA 19422-0287 |
| 518671591 | + | ARMC Anesthesiologists, PO BOX 8500, Philadelphia, PA 19178-8500 |
| 518671580 | + | Accredited Dermatology Transworld Systems, 507 Prudential Rd, Horsham, PA 19044-2308 |
| 518671581 | + | Advanced Health Partners, PO BOX 870, Newburgh, NY 12551-0870 |
| 518671583 | + | Affiliate Asset, 145 Technology Pkwy NW #100, Norcross, GA 30092-3536 |
| 518671587 | + | AmeriHome Mortgage Attn: Bankruptcy, 21215 Burbank Blvd, 4th Floor, Woodland Hills, CA 91367-7090 |
| 518671585 | + | American Homes 4 Rent, PO BOX 95698, Las Vegas, NV 89193-5698 |
| 518671589 | + | Apex, 2501 Oregon Pike St #102, Lancaster, PA 17601-4890 |
| 518671595 | + | Atlantic Pathologists, PO BOX 95000, Philadelphia, PA 19195-0001 |
| 518669330 | + | Auto Trakk, LLC, 1500 Sycamore Rd Ste 200, Montoursville, PA 17754-9416 |
| 518671602 | + | BCA Financial Services, PO BOX 29969, New York, NY 10087-9969 |
| 518671604 | + | BP Fisher Law Group, 923 Haddonfield Rd #334, Cherry Hill, NJ 08002-2752 |
| 518671599 | + | Barnabas Health Group, PO BOX 826504, Philadelphia, PA 19182-6504 |
| 518671600 | + | Baron Emergency, PO BOX 7418, Philadelphia, PA 19101-7418 |
| 518671601 | + | Baycare Health System, PO BOX 31696, Tampa, FL 33631-3696 |
| 518671603 | + | Bioreference Lab, 481 Edward H. Ross Dr, Elmwood Park, NJ 07407-3128 |
| 518671605 | + | Bruce Vickers, CFC, PO BOX 422105, Kissimmee, FL 34742-2105 |
| 518671615 | ++++ | COASTAL IMAGING, PO BOX 4238, PORTSMOUTH NH 03802-4238 address filed with court:, Coastal Imaging, PO BOX 6750, Portsmouth, NH 03802 |
| 518671610 | + | Cars Auto Mall, 7226 US HWY 301S, Riverview, FL 33578-4345 |
| 518671611 | + | Celentano,Stadtmauer & Walentowicz LLP, PO BOX 2594, Clifton, NJ 07015-2594 |
| 518671614 | + | Coastal Healthcare, 1659 Route 88 #2B, Brick, NJ 08724-3011 |
| 518671616 | + | Commonwealth Financial Systems Attn: Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 518671623 | + | Credit Control LLC, PO BOX 31179, Tampa, FL 33631-3179 |
| 518671626 | + | Dover Cardiology Center, 413 Lakehurst Rd, Bldg 2 #200, Toms River, NJ 08755-7382 |
| 518671627 | + | Dr. JM LLC, 34 Manchester Ave #201, Forked River, NJ 08731-1366 |
| 518671628 | + | Dynanic Recovery, 135 Interstate Blvd, Greenville, SC 29615-5720 |
| 518671629 | + | Eastern Dental of Lacey, 131 South Main St, Route 9 N, Forked River, NJ 08731-3635 |
| 518671640 | + | FMS, PO BOX 707600, Tulsa, OK 74170-7600 |
| 518671631 | ++ | FOCUS RECEIVABLES MANAGEMENT LLC, 1130 NORTHCHASE PARKWAY STE 150, MARIETTA GA 30067-6429 address filed with court:, Focus Receivables Mana, 1130 Northchase Parkway, Suite 150, Marietta, GA 30067 |
| 518671635 | + | Faloni & Assoc, PO BOX 1285, Caldwell, NJ 07007-1285 |

Case 20-10911-KCF    Doc 47    Filed 11/22/20    Entered 11/23/20 00:24:11    Desc Imaged
Certificate of Notice    Page 4 of 8

| District/off: 0312-3 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Nov 20, 2020 | Form ID: 318 | Total Noticed: 146 |

| | | |
|---|---|---|
| 518671636 | + | Federated Law Group, 887 Donald Ross Rd, North Palm Beach, FL 33408-1611 |
| 518671637 | + | Financial Control Services Attn: Bankruptcy, Po Box 21626, Waco, TX 76702-1626 |
| 518671643 | + | Full Circle Financial, PO BOX 2365, Oldsmar, FL 34677-2193 |
| 518669341 | | Gem Recovery Systems, 1001 McBride Ave, Little Falls, NJ 07424-2534 |
| 518671644 | + | Gem Recovery Systems, 800 Kinderkamack Rd Ste, Oradell, NJ 07649-1534 |
| 518671646 | + | Global Payments Po Box 66118, Chicago, IL 60666-0097 |
| 518671649 | + | HRRG, PO BOX 8486, Pompano Beach, FL 33075-8486 |
| 518671647 | | Harvard Collections Svcs, 4839 N Elston Ave Chicago, IL 60630 |
| 518671633 | + | Hayt, Hayt & Landau, PO BOX 172285, 123 S. Broad Street #1660, Daytona Beach, FL 32118 |
| 518671632 | + | Hayt, Hayt & Landau PL, Two Industrial Way W, PO BOX 500, Eatontown, NJ 07724-0500 |
| 518671648 | | Health Village Imaging, PO BOX 42955, Philadelphia, PA 19101 |
| 518671651 | + | Infinite Endodontics, 7 E Camden Ave, Moorestown, NJ 08057-1679 |
| 518671655 | + | JC Christenson & Assoc, PO BOX 519, Sauk Rapids, MN 56379-0519 |
| 518671660 | + | JS Family Medicine, PO BOX 416688, Boston, MA 02241-6688 |
| 518671653 | + | Jackensack Meridian, PO BOX 650292, Dallas, TX 75265-0292 |
| 518671654 | + | Jason Rienzo, PO BOX 5270, Toms River, NJ 08754-5270 |
| 518671656 | + | Jersey Central Power & Light, PO BOX 16001, Reading, PA 19612-6001 |
| 518671657 | + | Jersey Emergency Medical, PO BOX 719, Monroeville, PA 15146-0719 |
| 518671658 | | Jersey Shore Neurology, 1900 Corlies Ave, Neptune, NJ 07753 |
| 518671663 | #+ | KML Law Group PC, 216 Haddon Avenue #406, Collingswood, NJ 08108-2812 |
| 518671661 | + | Keystone Financial, PO BOX 730, Allenwood, NJ 08720-0730 |
| 518671662 | + | Kinum, 770 Lynnhaven Pkwy #160, Virginia Beach, VA 23452-7343 |
| 518671664 | + | Kohls/Capital One Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 518671670 | + | LCA Collections, PO BOX 2240, Burlington, NC 27216-2240 |
| 518671665 | + | LabCorp, PO BOX 2240, Burlington, NC 27216-2240 |
| 518671666 | + | Lacey Medical Group, 411 US Hwy 9 Suite 2, Lanoka Harbor, NJ 08734-2818 |
| 518671667 | #+ | Lakewood Kuflick Dermatology, 150 E Kennedy Blvd, Lakewood, NJ 08701-1345 |
| 518671668 | + | Law Offices of Faloni & Asso, PO BOX 1285, Caldwell, NJ 07007-1285 |
| 518671669 | + | Law Offices of Marvel and Maloney, PO BOX 727, Neptune, NJ 07754-0727 |
| 518669346 | + | Lending Club Corp, 595 Market St, San Francisco, CA 94105-2807 |
| 518669347 | + | Linebarger Et Al, 61 Broadway, Ste 2600, Ny, NY 10006-2840 |
| 518786223 | + | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518669350 | | Midland Mtg/Midfirst, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 518938679 | + | NEW JERSEY MANUFACTURERS INSURANCE CO, 301 SULLIVAN WAY, W TRENTON, NJ 08628-3496 |
| 518671578 | + | Rinky Parwani Upright Law LLP, 9905 Alambra Avenue, Tampa, FL 33619-5060 |
| 518768834 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518669358 | + | Td Bank Business, Pob 1377, Lewiston, ME 04243-1377 |
| 518669361 | | Wells Fargo, Credit, Bureau DISPUTE, Des Moines, IA 50301 |
| 518669327 | + | advocare staffing ortho, po box 3001, Voorhees, NJ 08043-0598 |
| 518669328 | + | american anestesiology of fl, po box 88087, Chicago, IL 60680-1087 |
| 518669329 | | assoc path of st joseph, 19045 N Dale Mabry Hwy, Lutz, FL 33548-4982 |
| 518669332 | + | brighthouse, po box 790450, Saint Louis, MO 63179-0450 |
| 518669336 | + | community ema, po box 417442, Boston, MA 02241-7442 |
| 518669337 | | constar financial services, 10400 N 25th Ave Ste 100, Phoenix, AZ 85021-1610 |
| 518669338 | | convergent commercial inc, 925 Westchester Ave Ste 101, White Plains, NY 10604-3562 |
| 518669339 | | fbcs, 330 S Warminster Rd Ste 353, Hatboro, PA 19040-3433 |
| 518669340 | + | fma alliance, po box 2409, Houston, TX 77252-2409 |
| 518669343 | + | hillsborogh fire rescue, po box 310398, Tampa, FL 33680-0398 |
| 518669345 | | kml law group, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 518669351 | + | pam, po box 3032, Milwaukee, WI 53201-3032 |
| 518669352 | + | pediatric gastoenterlogy of fla, 2901 58th ave n, Saint Petersburg, FL 33714-1326 |
| 518669353 | + | phca administration, po box 538110, Atlanta, GA 30353-8110 |
| 518669355 | | professional account management, 386 S Pickett St, Alexandria, VA 22304-4704 |
| 518669357 | + | tampa general hospital, po box 95000, Philadelphia, PA 19195-0001 |
| 518669362 | + | zen resolve, po box 4115, Concord, CA 94524-4115 |

TOTAL: 90

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | | |
| | | Nov 20 2020 21:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino |

Case 20-10911-KCF    Doc 47    Filed 11/22/20    Entered 11/23/20 00:24:11    Desc Imaged
Certificate of Notice    Page 5 of 8

| District/off: 0312-3 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Nov 20, 2020 | Form ID: 318 | Total Noticed: 146 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 20 2020 21:59:00 | Federal Bldg., Newark, NJ 07102-2534<br>United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518671586 | | Email/Text: ebn@americollect.com | Nov 20 2020 22:00:00 | Americollect, PO BOX 1690, Manitowoc, WI 54221 |
| 518671594 | + | EDI: CINGMIDLAND.COM | Nov 21 2020 02:13:00 | AT&T Mobility, PO BOX 537104, Atlanta, GA 30353-7104 |
| 518671592 | + | EDI: CAPIO.COM | Nov 21 2020 02:13:00 | Asset Care, 2222 Texoma Pkw #180, Sherman, TX 75090-2484 |
| 518671593 | + | EDI: CAPIO.COM | Nov 21 2020 02:13:00 | Assetcare, Attn: Bankruptcy, 2222 Texoma Pkwy, Sherman, TX 75090-2470 |
| 518671596 | + | Email/Text: bk@avant.com | Nov 20 2020 22:00:00 | Avant, Attn: Bankruptcy, Po Box 9183380, Chicago, IL 60691-3380 |
| 518671597 | + | EDI: BANKAMER.COM | Nov 21 2020 02:08:00 | Bank Of America Attn: Bankruptcy, Nc4-105-03-14, Pob 26012, Greensboro, NC 27420-6012 |
| 518671598 | + | EDI: TSYS2.COM | Nov 21 2020 02:13:00 | Barclays Bank Delaware Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518671606 | + | Email/Text: payments@brsi.net | Nov 20 2020 22:00:00 | Business Revenue Systems, PO BOX 15097, Fort Wayne, IN 46885-5097 |
| 518671607 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 20 2020 21:51:21 | CACH, PO BOX 5980, Denver, CO 80217-5980 |
| 518755918 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 20 2020 21:52:16 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518671608 | + | EDI: CAPIO.COM | Nov 21 2020 02:13:00 | Capio Partners, 2222 Texoma Pkwy #150, Sherman, TX 75090-2481 |
| 518671609 | + | EDI: CAPITALONE.COM | Nov 21 2020 02:08:00 | Capital One Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518669333 | | EDI: CAPITALONE.COM | Nov 21 2020 02:08:00 | Capital One Bank USA N, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518728045 | | EDI: BL-BECKET.COM | Nov 21 2020 02:13:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518671612 | + | Email/Text: bankruptcy@certifiedcollection.com | Nov 20 2020 21:59:00 | Certified Credit & Collectio, PO BOX 1750, Whitehouse Station, NJ 08889-1750 |
| 518669335 | + | EDI: CHRM.COM | Nov 21 2020 02:13:00 | Chrysler Capital, Pob 961275, Fort Worth, TX 76161-0275 |
| 518671613 | + | Email/Text: mediamanagers@clientservices.com | Nov 20 2020 21:57:00 | Client Services, 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 518671617 | + | Email/Text: ebn@rwjbh.org | Nov 20 2020 22:00:00 | Community Medical Ctr, PO BOX 903, Oceanport, NJ 07757-0903 |
| 518671618 | + | Email/Text: bankruptcy@credencerm.com | Nov 20 2020 22:00:00 | Credence, PO BOX 2210, Southgate, MI 48195-4210 |
| 518671619 | + | Email/Text: bankruptcy@credencerm.com | Nov 20 2020 22:00:00 | Credence, 17000 Dallas Pkwy #204, Dallas, TX 75248-1940 |
| 518671622 | + | EDI: CCS.COM | Nov 21 2020 02:13:00 | Credit Collection Services, Two Wells Street, Newton Center, MA 02459-3246 |
| 518671620 | + | EDI: CCS.COM | Nov 21 2020 02:13:00 | Credit Collection Services, PO BOX 55126, Boston, MA 02205-5126 |
| 518671621 | + | EDI: CCS.COM | Nov 21 2020 02:13:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 518669349 | | EDI: CITICORP.COM | | |

Case 20-10911-KCF    Doc 47    Filed 11/22/20    Entered 11/23/20 00:24:11    Desc Imaged
                               Certificate of Notice    Page 6 of 8

| District/off: 0312-3 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Nov 20, 2020 | Form ID: 318 | Total Noticed: 146 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 21 2020 02:13:00 | Macys/dsnb, PO Box 8218, Mason, OH 45040-8218 |
| 518749161 | | EDI: Q3G.COM | | |
| | | | Nov 21 2020 02:13:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518671624 | + | EDI: DIRECTV.COM | | |
| | | | Nov 21 2020 02:13:00 | Direct TV, PO BOX 105261, Atlanta, GA 30348-5261 |
| 518671625 | + | EDI: DIRECTV.COM | | |
| | | | Nov 21 2020 02:13:00 | Direct TV, PO BOX 5007, Carol Stream, IL 60197-5007 |
| 518671634 | + | Email/Text: bknotice@ercbpo.com | | |
| | | | Nov 20 2020 21:59:00 | ERC, PO BOX 23870, Jacksonville, FL 32241-3870 |
| 518671638 | + | Email/Text: data_processing@fin-rec.com | | |
| | | | Nov 20 2020 21:59:00 | Financial Recovery, PO BOX 385908, Minneapolis, MN 55438-5908 |
| 518671639 | + | EDI: FSAE.COM | | |
| | | | Nov 21 2020 02:13:00 | Firstsource Advantage LLC, 205 Bryant Woods, South Buffalo, NY 14228-3609 |
| 518671641 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Nov 20 2020 21:51:21 | Freshview, 6300 Syracuse Way #200, Englewood, CO 80111-6722 |
| 518671642 | + | Email/Text: Banko@frontlineas.com | | |
| | | | Nov 20 2020 22:01:00 | Frontline Asset Strategies, 2700 Snelling Ave N #250, Saint Paul, MN 55113-1783 |
| 518669342 | | Email/Text: Check.bksupport@globalpay.com | | |
| | | | Nov 20 2020 21:57:00 | Global Payments Check, PO Box 59371, Chicago, IL 60659-0371 |
| 518671645 | + | Email/Text: bankruptcy@afflglo.com | | |
| | | | Nov 20 2020 21:59:00 | Global Credit Collections, PO BOX 129, Linden, MI 48451-0129 |
| 518671650 | + | EDI: IIC9.COM | | |
| | | | Nov 21 2020 02:13:00 | IC System, 444 Highway 96 East, PO BOX 64378, Saint Paul, MN 55164-0378 |
| 518671652 | | EDI: IRS.COM | | |
| | | | Nov 21 2020 02:13:00 | Internal Revenue Service, PO BOX 16336, Philadelphia, PA 19114-0436 |
| 518671659 | + | Email/Text: cs.bankruptcy@jmcbiz.com | | |
| | | | Nov 20 2020 22:00:00 | Joseph, Mann & Creed, 8948 Canyon Falls Blvd #200, Twinsburg, OH 44087-1900 |
| 518755919 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Nov 20 2020 21:52:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518669354 | | Email/Text: info@phoenixfinancialsvcs.com | | |
| | | | Nov 20 2020 21:57:00 | Phoenix Financial Serv, 8902 Otis Ave, Indianapolis, IN 46216-1077 |
| 518711405 | | EDI: PRA.COM | | |
| | | | Nov 21 2020 02:13:00 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 518743267 | | EDI: PRA.COM | | |
| | | | Nov 21 2020 02:13:00 | Portfolio Recovery Associates, LLC, c/o CAPITAL ONE BANK (USA), N.A., POB 41067, Norfolk, VA 23541 |
| 518710992 | | EDI: PRA.COM | | |
| | | | Nov 21 2020 02:13:00 | Portfolio Recovery Associates, LLC, c/o Victorias Secret, POB 41067, Norfolk VA 23541 |
| 518710995 | | EDI: PRA.COM | | |
| | | | Nov 21 2020 02:13:00 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 518679378 | | EDI: Q3G.COM | | |
| | | | Nov 21 2020 02:13:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518670288 | + | EDI: RMSC.COM | | |
| | | | Nov 21 2020 02:08:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518669359 | | EDI: TFSR.COM | | |
| | | | Nov 21 2020 02:13:00 | Toyota Motor Credit, 4 Gatehall Dr, Parsippany, NJ 07054-4518 |
| 518734261 | | EDI: BL-TOYOTA.COM | | |
| | | | Nov 21 2020 02:13:00 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518777198 | + | EDI: AIS.COM | | |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 21 2020 02:13:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518669360 | | EDI: VERIZONCOMB.COM | Nov 21 2020 02:08:00 | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |
| 518772337 | | EDI: WFFC.COM | Nov 21 2020 02:13:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518669331 | + | Email/Text: bknotify@acsi.net | Nov 20 2020 21:59:00 | automated collection svcs, po box 17737, Nashville, TN 37217-0737 |
| 518669334 | + | EDI: CCS.COM | Nov 21 2020 02:13:00 | ccs, po box 55126, Boston, MA 02205-5126 |
| 518669348 | | Email/Text: camanagement@mtb.com | Nov 20 2020 21:59:00 | m and t, PO Box 1056, Buffalo, NY 14240-1056 |
| 518669356 | + | Email/Text: legal@sdihms.com | Nov 20 2020 21:59:00 | sdi radiology, po box 403444, Atlanta, GA 30384-3444 |

TOTAL: 56

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518728047 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518669344 | * | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 518671579 | ##+ | ACB Receiveables, PO BOX 350, Asbury Park, NJ 07712-0350 |
| 518671584 | ##+ | Alltran Financial LP, PO BOX 610, Sauk Rapids, MN 56379-0610 |
| 518671630 | ##+ | Elevate Recoveries, PO BOX 260804, Plano, TX 75026-0804 |
| 518671577 | ##+ | Phillip D Smith, 12344 Cedarfield Drive, Riverview, FL 33579-9711 |
| 518671576 | ##+ | Tanya Lynn Smith, 12344 Cedarfield Drive, Riverview, FL 33579-9711 |

TOTAL: 0 Undeliverable, 2 Duplicate, 5 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2020           Signature:           /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bunce Atkinson | bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Edward Hanratty | on behalf of Debtor Tanya L. Smith thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 6 of 6 |
| Date Rcvd: Nov 20, 2020 | Form ID: 318 | Total Noticed: 146 |

Edward Hanratty
    on behalf of Joint Debtor Phillip D. Smith thanratty@centralnewjerseybankruptcylawyer.com aaguirre@centralnewjerseybankruptcylawyer.com

Edward Nathan Vaisman
    on behalf of Joint Debtor Phillip D. Smith vaismanlaw@gmail.com G20495@notify.cincompass.com

Edward Nathan Vaisman
    on behalf of Debtor Tanya L. Smith vaismanlaw@gmail.com G20495@notify.cincompass.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7