Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20–10911–KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Tanya L. Smith<br>127 Windward Dr<br>Barnegat, NJ 08005–1849 | Phillip D. Smith<br>127 Windward Dr<br>Barnegat, NJ 08005–1849 |

Social Security No.:
   xxx–xx–5879                                          xxx–xx–8080

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Bunce Atkinson is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: December 10, 2020                 Kathryn C. Ferguson
                                         Judge, United States Bankruptcy Court